UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| RANDY Q. IRELAND, JENNIFER IRELAND, and AMANDA IRELAND, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) No.4:06-CV-612-CEJ ) |
| ST. CHARLES COUNTY, et al., | ) ) |
| Defendants. | ) |

## ORDER PURSUANT TO 28 U.S.C. § 1915(e)(2)(B)

**IT IS HEREBY ORDERED** that, because plaintiff Amanda Ireland's claims are dismissed in their entirety as time-barred, she is **DISMISSED** as a party-plaintiff.

**IT IS FURTHER ORDERED** that, because plaintiff Jennifer Ireland has not paid the filing fee, nor has she submitted a motion to proceed in forma pauperis and CJA Form 23, she is **STRICKEN** as a party-plaintiff to this action.

Dated this 20th day of July, 2006.

_____
**UNITED STATES DISTRICT JUDGE**

PDF created with FinePrint pdfFactory trial version www.pdffactory.com